IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST ADKINS,<br><br>              Petitioner,<br><br>v.<br><br>SECRETARY JOHN E. WETZEL and<br>SUPERINTENDENT LOUIS FOLINO,<br><br>              Respondents. | CIVIL ACTION<br>NO. 13-3652 |

## ORDER

**AND NOW**, this 18th day of August 2014, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 3), the Response in Opposition with accompanying exhibits (Doc. No. 18), the Report and Recommendation of Chief United States Magistrate Judge Carol Wells (Doc. No. 20), Petitioner's Objections to the Report and Recommendation (Doc. No. 26), an Application for a Certificate of Appealability (Doc. No. 27), and all other related filings and exhibits submitted in support thereof (Doc. Nos. 30, 31, 33), it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 20) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 3) is **DENIED**.

3. The Application for a Certificate of Appealability (Doc. No. 27) is **DENIED** because, based on the analysis contained in the Chief Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the habeas petition.

4.  The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.