IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERNEST ADKINS,

              Petitioner,

v.

JOHN E. WETZEL, et al.

              Respondents.

CIVIL ACTION
NO. 13-3652

## ORDER

**AND NOW,** this 17th day of March 2017, upon consideration of Petitioner's Motion for the Court to Reconsider its Order dated August 18, 2014 (Doc. No. 45), and Petitioner's Motion to Proceed In Forma Pauperis (Doc. No. 46), it is **ORDERED** as follows:

1. Petitioner's Motion for the Court to Reconsider (Doc. No. 45) is **DENIED**.

2. The Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 3) is **DENIED**.

3. An Application for a Certificate of Appealability (Doc. No. 27) is **DENIED** because, based on the analysis contained in Magistrate Judge Wells's Report and Recommendation, as approved and adopted by this Court, and for reasons stated in this Court's Opinion issued this day on Petitioner's Motion for Reconsideration, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the petition.

4. Petitioner's Motion to Proceed In Forma Pauperis (Doc. No. 46) is **DENIED AS MOOT.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.